UNITED STATES COURT OF INTERNATIONAL TRADE          FORM 1

| | |
|---|---|
| The Lotus Global Group Inc.<br><br>                    **Plaintiff,**<br><br>v.<br><br>**UNITED STATES,**<br>                    **Defendant.** | **S U M M O N S**<br><br>**Court No. 25-00174** |

**TO:**   The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



/s/ Mario Toscano
Clerk of the Court

## PROTEST

| Port(s) of Entry: | 2801, 2809, 2811, 3901, 4101 | Center (if known): | CEE001 |
|---|---|---|---|
| Protest Number: | 2801-25-102066, 2809-25-111399 | Date Protest Filed: | 05/11/2025, 6/9/2025 |
| Importer: | The Lotus Global Group Inc. | Date Protest Denied: | 7/11/2025, 7/11/2025 |
| Category of Merchandise: | Pharmaceuticals, Health and Chemicals | | |

## ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| See attached Schedule A | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Michael E. Murphy
Sidley Austin LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8016
ted.murphy@sidley.com

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| LED light therapy devices for treatment of skin conditions | 8543.70.9860<br>9903.88.02 | 2.6%<br>25% | 9018.90.8000 | Free |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:
Denial of protest that claims the subject articles are correctly classified in subheading 9018.90.8000, Harmonized Tariff Schedule of the United States.

The issue which was common to all such denied protests:

Protesting the liquidation of the entries with the subject articles classified in subheadings 8543.70.9860 / 9903.88.02, Harmonized Tariff Schedule of the United States ("HTS"). The protests claim the articles are correctly classified in subheading 9018.90.8000, HTS.

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/ Michael E. Murphy
_____
*Signature of Plaintiff's Attorney*

July 30, 2025
_____
*Date*

**SCHEDULE OF PROTESTS**

CEE001
_____
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 2801-25-102066 | 5/11/2025 | 7/11/2025 | See Schedule A for entries and dates | | | |
| 2809-25-111399 | 6/9/2025 | 7/11/2025 | | | | |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021.)

|   | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | **SCHEDULE A** | | | | | | |
| 2 | | | | | | | |
| 3 | **Protest Number** | **Date Protest Filed** | **Date Protest Denied** | **Entry Number** | **Date of Entry** | **Liquidation Date** | **Port of Entry Code** |
| 4 | 280125102066 | 5/11/2025 | 7/11/2025 | EYD09297130 | 1/7/2024 | 1/31/2025 | 2801 |
| 5 | 280125102066 | 5/11/2025 | 7/11/2025 | EYD09297221 | 1/31/2024 | 1/31/2025 | 2809 |
| 6 | 280125102066 | 5/11/2025 | 7/11/2025 | EYD09311824 | 9/25/2024 | 1/31/2025 | 2809 |
| 7 | 280925111399 | 6/9/2025 | 7/11/2025 | EYD09295993 | 1/2/2024 | 1/31/2025 | 2809 |
| 8 | 280925111399 | 6/9/2025 | 7/11/2025 | EYD09297122 | 1/7/2024 | 1/31/2025 | 2801 |
| 9 | 280925111399 | 6/9/2025 | 7/11/2025 | EYD09298419 | 1/31/2024 | 1/31/2025 | 2801 |
| 10 | 280925111399 | 6/9/2025 | 7/11/2025 | EYD09298443 | 1/31/2024 | 1/31/2025 | 2801 |
| 11 | 280925111399 | 6/9/2025 | 7/11/2025 | EYD09298476 | 2/1/2024 | 2/7/2025 | 2801 |
| 12 | 280925111399 | 6/9/2025 | 7/11/2025 | EYD09298526 | 2/5/2024 | 1/31/2025 | 2801 |
| 13 | 280925111399 | 6/9/2025 | 7/11/2025 | EYD09298914 | 2/13/2024 | 1/31/2025 | 2801 |
| 14 | 280925111399 | 6/9/2025 | 7/11/2025 | EYD09298922 | 2/13/2024 | 1/31/2025 | 2801 |
| 15 | 280925111399 | 6/9/2025 | 7/11/2025 | EVJ12103928 | 3/4/2024 | 12/20/2024 | 2811 |
| 16 | 280925111399 | 6/9/2025 | 7/11/2025 | EVJ12112572 | 3/14/2024 | 12/20/2024 | 2801 |
| 17 | 280925111399 | 6/9/2025 | 7/11/2025 | EYD09298369 | 3/19/2024 | 1/31/2025 | 2809 |
| 18 | 280925111399 | 6/9/2025 | 7/11/2025 | EYD09301064 | 3/26/2024 | 1/31/2025 | 2801 |
| 19 | 280925111399 | 6/9/2025 | 7/11/2025 | EYD09301072 | 3/26/2024 | 1/31/2025 | 2801 |
| 20 | 280925111399 | 6/9/2025 | 7/11/2025 | EYD09301122 | 3/26/2024 | 1/31/2025 | 2801 |
| 21 | 280925111399 | 6/9/2025 | 7/11/2025 | EYD09301270 | 3/27/2024 | 1/31/2025 | 2801 |
| 22 | 280925111399 | 6/9/2025 | 7/11/2025 | EYD09301510 | 3/29/2024 | 1/31/2025 | 2801 |
| 23 | 280925111399 | 6/9/2025 | 7/11/2025 | EYD09301528 | 3/29/2024 | 1/31/2025 | 2801 |
| 24 | 280925111399 | 6/9/2025 | 7/11/2025 | EVJ12122613 | 3/31/2024 | 12/20/2024 | 2801 |
| 25 | 280925111399 | 6/9/2025 | 7/11/2025 | EYD09301130 | 3/31/2024 | 1/31/2025 | 2801 |
| 26 | 280925111399 | 6/9/2025 | 7/11/2025 | EVJ12123470 | 4/2/2024 | 12/20/2024 | 2801 |
| 27 | 280925111399 | 6/9/2025 | 7/11/2025 | EVJ12123603 | 4/2/2024 | 12/27/2024 | 2801 |
| 28 | 280925111399 | 6/9/2025 | 7/11/2025 | EVJ12124452 | 4/3/2024 | 12/20/2024 | 2801 |
| 29 | 280925111399 | 6/9/2025 | 7/11/2025 | EYD09302021 | 4/8/2024 | 2/7/2025 | 2801 |
| 30 | 280925111399 | 6/9/2025 | 7/11/2025 | EYD09302062 | 4/9/2024 | 1/31/2025 | 2801 |
| 31 | 280925111399 | 6/9/2025 | 7/11/2025 | EYD09302088 | 4/9/2024 | 1/31/2025 | 2801 |
| 32 | 280925111399 | 6/9/2025 | 7/11/2025 | EYD09302096 | 4/10/2024 | 1/31/2025 | 2801 |
| 33 | 280925111399 | 6/9/2025 | 7/11/2025 | EYD09302278 | 4/14/2024 | 1/31/2025 | 2801 |
| 34 | 280925111399 | 6/9/2025 | 7/11/2025 | EYD09302286 | 4/17/2024 | 1/31/2025 | 2801 |
| 35 | 280925111399 | 6/9/2025 | 7/11/2025 | EVJ12135888 | 4/21/2024 | 12/27/2024 | 2801 |
| 36 | 280925111399 | 6/9/2025 | 7/11/2025 | EVJ12137249 | 4/23/2024 | 12/20/2024 | 2801 |
| 37 | 280925111399 | 6/9/2025 | 7/11/2025 | EVJ12137264 | 4/23/2024 | 12/20/2024 | 2801 |
| 38 | 280925111399 | 6/9/2025 | 7/11/2025 | EVJ12137322 | 4/23/2024 | 12/20/2024 | 2801 |
| 39 | 280925111399 | 6/9/2025 | 7/11/2025 | EVJ12138098 | 4/24/2024 | 12/20/2024 | 2801 |
| 40 | 280925111399 | 6/9/2025 | 7/11/2025 | EYD09303490 | 4/29/2024 | 1/31/2025 | 2801 |
| 41 | 280925111399 | 6/9/2025 | 7/11/2025 | EYD09303557 | 5/1/2024 | 1/31/2025 | 2801 |
| 42 | 280925111399 | 6/9/2025 | 7/11/2025 | EYD09303649 | 5/5/2024 | 1/31/2025 | 2801 |
| 43 | 280925111399 | 6/9/2025 | 7/11/2025 | EYD09303821 | 5/6/2024 | 1/31/2025 | 2801 |
| 44 | 280925111399 | 6/9/2025 | 7/11/2025 | EVJ12151661 | 5/14/2024 | 12/20/2024 | 2801 |
| 45 | 280925111399 | 6/9/2025 | 7/11/2025 | EVJ12151703 | 5/14/2024 | 12/20/2024 | 2801 |

|   | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 3 | Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Liquidation Date | Port of Entry Code |
| 46 | 280925111399 | 6/9/2025 | 7/11/2025 | EVJ12151745 | 5/15/2024 | 12/20/2024 | 2801 |
| 47 | 280925111399 | 6/9/2025 | 7/11/2025 | EVJ12153113 | 5/16/2024 | 12/20/2024 | 2801 |
| 48 | 280925111399 | 6/9/2025 | 7/11/2025 | EVJ12153121 | 5/16/2024 | 12/20/2024 | 2801 |
| 49 | 280925111399 | 6/9/2025 | 7/11/2025 | EVJ12154418 | 5/18/2024 | 12/20/2024 | 2801 |
| 50 | 280925111399 | 6/9/2025 | 7/11/2025 | EVJ12152826 | 5/21/2024 | 12/20/2024 | 2801 |
| 51 | 280925111399 | 6/9/2025 | 7/11/2025 | EVJ12156470 | 5/21/2024 | 12/20/2024 | 2801 |
| 52 | 280925111399 | 6/9/2025 | 7/11/2025 | EYD09305040 | 5/28/2024 | 1/31/2025 | 2801 |
| 53 | 280925111399 | 6/9/2025 | 7/11/2025 | EYD09305057 | 5/29/2024 | 1/31/2025 | 2801 |
| 54 | 280925111399 | 6/9/2025 | 7/11/2025 | EYD09305065 | 5/29/2024 | 1/31/2025 | 2801 |
| 55 | 280925111399 | 6/9/2025 | 7/11/2025 | EYD09305297 | 5/30/2024 | 1/31/2025 | 2801 |
| 56 | 280925111399 | 6/9/2025 | 7/11/2025 | EYD09305305 | 5/30/2024 | 1/31/2025 | 2801 |
| 57 | 280925111399 | 6/9/2025 | 7/11/2025 | EYD09305321 | 5/30/2024 | 1/31/2025 | 2801 |
| 58 | 280925111399 | 6/9/2025 | 7/11/2025 | EYD09305339 | 5/30/2024 | 1/31/2025 | 2801 |
| 59 | 280925111399 | 6/9/2025 | 7/11/2025 | EYD09305313 | 5/31/2024 | 1/31/2025 | 2801 |
| 60 | 280925111399 | 6/9/2025 | 7/11/2025 | EYD09306832 | 6/26/2024 | 1/31/2025 | 2801 |
| 61 | 280925111399 | 6/9/2025 | 7/11/2025 | EYD09306923 | 6/27/2024 | 2/14/2025 | 3901 |
| 62 | 280925111399 | 6/9/2025 | 7/11/2025 | EYD09307129 | 6/30/2024 | 1/31/2025 | 2801 |
| 63 | 280925111399 | 6/9/2025 | 7/11/2025 | EYD09307244 | 7/2/2024 | 1/31/2025 | 3901 |
| 64 | 280925111399 | 6/9/2025 | 7/11/2025 | EVJ12185073 | 7/3/2024 | 1/3/2025 | 2811 |
| 65 | 280925111399 | 6/9/2025 | 7/11/2025 | EVJ12185255 | 7/3/2024 | 12/20/2024 | 2811 |
| 66 | 280925111399 | 6/9/2025 | 7/11/2025 | EVJ12187129 | 7/7/2024 | 12/20/2024 | 2811 |
| 67 | 280925111399 | 6/9/2025 | 7/11/2025 | EVJ12188234 | 7/8/2024 | 12/20/2024 | 3901 |
| 68 | 280925111399 | 6/9/2025 | 7/11/2025 | EVJ12188242 | 7/8/2024 | 12/20/2024 | 3901 |
| 69 | 280925111399 | 6/9/2025 | 7/11/2025 | EVJ12188259 | 7/8/2024 | 12/20/2024 | 3901 |
| 70 | 280925111399 | 6/9/2025 | 7/11/2025 | EVJ12188267 | 7/8/2024 | 12/20/2024 | 3901 |
| 71 | 280925111399 | 6/9/2025 | 7/11/2025 | EVJ12188291 | 7/8/2024 | 12/20/2024 | 3901 |
| 72 | 280925111399 | 6/9/2025 | 7/11/2025 | EVJ12188333 | 7/8/2024 | 12/20/2024 | 3901 |
| 73 | 280925111399 | 6/9/2025 | 7/11/2025 | EVJ12189109 | 7/9/2024 | 12/27/2024 | 3901 |
| 74 | 280925111399 | 6/9/2025 | 7/11/2025 | EVJ12189117 | 7/9/2024 | 12/20/2024 | 3901 |
| 75 | 280925111399 | 6/9/2025 | 7/11/2025 | EVJ12189349 | 7/9/2024 | 12/20/2024 | 3901 |
| 76 | 280925111399 | 6/9/2025 | 7/11/2025 | EVJ12190008 | 7/10/2024 | 12/20/2024 | 3901 |
| 77 | 280925111399 | 6/9/2025 | 7/11/2025 | EVJ12191832 | 7/17/2024 | 12/20/2024 | 2811 |
| 78 | 280925111399 | 6/9/2025 | 7/11/2025 | EVJ12197383 | 7/22/2024 | 12/27/2024 | 3901 |
| 79 | 280925111399 | 6/9/2025 | 7/11/2025 | EVJ12200179 | 7/26/2024 | 12/20/2024 | 3901 |
| 80 | 280925111399 | 6/9/2025 | 7/11/2025 | EVJ12201128 | 7/27/2024 | 12/20/2024 | 2811 |
| 81 | 280925111399 | 6/9/2025 | 7/11/2025 | EYD09308499 | 8/10/2024 | 1/31/2025 | 2809 |
| 82 | 280925111399 | 6/9/2025 | 7/11/2025 | EVJ12211564 | 8/12/2024 | 12/27/2024 | 3901 |
| 83 | 280925111399 | 6/9/2025 | 7/11/2025 | EVJ12220524 | 8/27/2024 | 12/20/2024 | 3901 |
| 84 | 280925111399 | 6/9/2025 | 7/11/2025 | EVJ12220581 | 8/29/2024 | 12/20/2024 | 3901 |
| 85 | 280925111399 | 6/9/2025 | 7/11/2025 | EVJ12220573 | 9/3/2024 | 1/3/2025 | 3901 |
| 86 | 280925111399 | 6/9/2025 | 7/11/2025 | EVJ12235704 | 9/17/2024 | 12/27/2024 | 2811 |
| 87 | 280925111399 | 6/9/2025 | 7/11/2025 | EVJ12237411 | 9/22/2024 | 12/20/2024 | 3901 |
| 88 | 280925111399 | 6/9/2025 | 7/11/2025 | EYD09311519 | 9/24/2024 | 1/31/2025 | 4101 |
| 89 | 280925111399 | 6/9/2025 | 7/11/2025 | EVJ12245869 | 10/3/2024 | 12/20/2024 | 2811 |

SCHEDULE A

|  | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 3 | **Protest Number** | **Date Protest Filed** | **Date Protest Denied** | **Entry Number** | **Date of Entry** | **Liquidation Date** | **Port of Entry Code** |
| 90 | 280925111399 | 6/9/2025 | 7/11/2025 | EVJ12246826 | 10/5/2024 | 12/20/2024 | 2811 |
| 91 | 280925111399 | 6/9/2025 | 7/11/2025 | EVJ12249655 | 10/7/2024 | 12/20/2024 | 3901 |
| 92 | 280925111399 | 6/9/2025 | 7/11/2025 | EVJ12265412 | 10/29/2024 | 12/20/2024 | 3901 |
| 93 | 280925111399 | 6/9/2025 | 7/11/2025 | EVJ12265040 | 11/4/2024 | 12/20/2024 | 3901 |
| 94 | 280925111399 | 6/9/2025 | 7/11/2025 | EVJ12270172 | 11/4/2024 | 12/20/2024 | 3901 |
| 95 | 280925111399 | 6/9/2025 | 7/11/2025 | EVJ12269893 | 11/5/2024 | 12/20/2024 | 3901 |
| 96 | 280925111399 | 6/9/2025 | 7/11/2025 | EVJ12270826 | 11/5/2024 | 12/20/2024 | 3901 |
| 97 | 280925111399 | 6/9/2025 | 7/11/2025 | EVJ12270834 | 11/5/2024 | 12/20/2024 | 3901 |
| 98 | 280925111399 | 6/9/2025 | 7/11/2025 | EVJ12272475 | 11/15/2024 | 12/20/2024 | 2811 |
| 99 | 280925111399 | 6/9/2025 | 7/11/2025 | EYD09318118 | 12/2/2024 | 2/7/2025 | 4101 |
| 100 | 280925111399 | 6/9/2025 | 7/11/2025 | EYD09318134 | 12/2/2024 | 1/31/2025 | 2801 |
| 101 | 280925111399 | 6/9/2025 | 7/11/2025 | EVJ12286483 | 12/4/2024 | 1/24/2025 | 2811 |
| 102 | 280925111399 | 6/9/2025 | 7/11/2025 | EVJ12292507 | 12/6/2024 | 1/17/2025 | 3901 |
| 103 | 280925111399 | 6/9/2025 | 7/11/2025 | EVJ12299544 | 12/17/2024 | 1/31/2025 | 3901 |
| 104 | 280925111399 | 6/9/2025 | 7/11/2025 | EVJ12201201 | 7/31/2024 | 12/20/2024 | 2811 |

SCHEDULE A